IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Civil Action No. _____

RICHARD CARLISLE and ALISON MAYNARD,

        Plaintiffs,

vs.

JACOB VOS; JACOB ZIMMERMAN; MARK BANKSTON; and LEONARD POZNER, individuals; and WILLIAM F. LUCERO, in both his official and individual capacities,

        Defendants.

FILED
SEP 2 9 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

SA20CA1164FB

## MOTION TO FILE UNDER SEAL

    Plaintiff Alison Maynard, for herself, respectfully asks that the documents she files herewith be kept under seal, as they are confidential. They are as follows:

    1. The name-change order, whereby her name was changed to Sonja Mullerin in Alachua County, Florida, in June 2011. She wishes to proceed in this case under her birth name, Alison Maynard, for reasons of personal safety. She signs the present motion in both names.

    2. Her "Application to Proceed in District Court without Prepaying Fees or Costs," since her financial information should be kept confidential.

    WHEREFORE, cause being shown, the two referenced documents (and the present motion) should be sealed, in the interest of justice.

    Dated this 29th day of September, 2020.

                                            _____
                                            Alison Maynard

                                            _____
                                            Sonja Mullerin